IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RACHEL BERRY, FORMER WIFE,

      Appellant,

v.

BRET M. BERRY, FORMER HUSBAND,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2376

_____/

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

William E. Whitlock, III, of William E. Whitlock, P.A., Tallahassee, for Appellant.

Ethan Andrew Way of Gills, Way & Campbell, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., WOLF and THOMAS, JJ., CONCUR.